# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144327

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DONALD MICHAEL HARDY,
        Defendant-Appellant.

SC:  144327
COA:  306106
Oakland CC:  2010-233501 FC

_____

        On order of Chief Justice, leave to appeal having been granted by the order of June 8, 2012 which also provided for possible appointment of counsel pursuant to Administrative Order 2003-03 and it appearing that defendant-appellant has neither requested counsel nor filed his brief and appendix, IT IS ORDERED that defendant-appellant show cause in writing within 14 days why his appeal should not be dismissed for lack of progress.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2012

Clerk